IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT FRESQUEZ,

    Plaintiff,

vs.                                       No. 2:23-CV-00115-GBW-KRS

UNITED STATES OF AMERICA,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER comes before the Court on Defendant United States of America's Unopposed Motion for Extension of Time to Respond to Complaint (Motion), Doc. 6.  The Court, having reviewed the record and noting Plaintiff's consent to the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that Defendant shall file an answer or otherwise respond to Plaintiff's Complaint, Doc. 1, on or before June 19, 2023.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

APPROVED/SUBMITTED BY:

*/s/ Benjamin G. Minegar 5/5/23*
BENJAMIN G. MINEGAR
Assistant United States Attorney
*Attorney for Defendant*

APPROVED:

*Approved by Christal Ponce Roethlein on 5/5/23*
CHRISTAL PONCE ROETHLEIN
ALEJANDRO ACOSTA, III
*Attorneys for Plaintiff*