IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT FRESQUEZ,

    Plaintiff,

vs.                                               No. 2:23-CV-00115-KG-KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THIS MATTER comes before the Court on Defendant United States of America's Unopposed Motion to Amend Scheduling Order (Doc. 26). The Court, having reviewed the record and noting Plaintiff's consent to the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that the Court's Scheduling Order shall be amended as follows:

    a. Each party may serve a maximum of forty (40) requests for production to any other party, with responses due thirty (30) days after service.

    b. The deadline for Defendant's expert reports shall be moved from February 5, 2024 to March 18, 2024.

All other deadlines and provisions of the Scheduling Order shall remain intact.

IT IS SO ORDERED.

                                                  KEVIN R. SWEAZEA
                                                  United States Magistrate Judge

APPROVED/SUBMITTED BY:

*/s/ Jesse D. Hale 11/9/23*
JESSE D. HALE
Assistant United States Attorney
*Attorney for United States of America*

APPROVED:

*Approved via email 11/8/23*
ALEJANDRO ACOSTA
MARIO YAGUE
*Attorneys for Plaintiff Robert Fresquez*