**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT FRESQUEZ,

      Plaintiff,

    vs.                                No. 2:23-CV-00115-KG-KRS

UNITED STATES OF AMERICA,

      Defendant.

**<u>ORDER EXTENDING TIME TO FILE MOTION TO COMPEL</u>**

THIS MATTER comes before the Court on Defendant United States of America's Motion for Extension of Time to File Motion to Compel.  The Court, having reviewed the record and noting it is unopposed, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the United States shall have until January 19, 2024 to file a motion to compel or otherwise proceed on Plaintiff's objections, answers, and responses to the United States's first sets of interrogatories and requests for production.

IT IS SO ORDERED.

KEVIN R. SWEAZEA
United States Magistrate Judge

APPROVED/SUBMITTED BY:

*/s/ Jesse D. Hale 12/26/23*
JESSE D. HALE
Assistant United States Attorney
*Attorney for United States of America*

APPROVED:

*/s/ Mario Yague 12/22/23*
ALEJANDRO ACOSTA
MARIO YAGUE
*Attorneys for Plaintiff Robert Fresquez*