IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT FRESQUEZ,

    Plaintiff,

vs.        No. 2:23-CV-00115-KG-KRS

UNITED STATES OF AMERICA,

    Defendant.

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Scheduling Order (Doc. 37). The Court, having reviewed the Motion and considered all premises, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that the Court's Scheduling Order (Doc. 23, as amended by Doc. 27) shall be amended as follows:

    a. The deadline for Plaintiff's expert reports shall be moved to April 2, 2024;

    b. The deadline for Defendant's expert reports shall be moved to May 3, 2024;

    c. The date for termination of discovery shall be moved to May 17, 2024;

    d. The deadline for motions related to discovery shall be moved to June 3, 204; and

    e. The deadline for all other motions shall be moved to June 17, 2024.

All other dates and provisions of the Scheduling Order shall not be changed and shall remain intact.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

APPROVED/SUBMITTED BY:

<u>/s/ Jesse D. Hale 2/14/24</u>
JESSE D. HALE
Assistant United States Attorney
*Attorney for United States of America*

APPROVED:

<u>/s/ approved by email 02-13-24</u>
ALEJANDRO ACOSTA
MARIO YAGUE
*Attorneys for Plaintiff Robert Fresquez*